

March 16, 2017

VIA FOIA PORTAL

TO: Federal Bureau of Investigation

FROM: Andrew J. Muscato
Managing Member, Makuhari Media LLC

Dr. Ryan Rodenberg

Dear Sir or Madam,

I am a documentary filmmaker writing on behalf of myself, my company Makuhari Media, and Dr. Ryan Rodenberg, an academic and author. I am requesting records under the provisions of the Freedom of Information Act. 5 U.S.C.§ 552.

Request

We seek all documents relating to the FBI's investigation of former National Basketball Association ("NBA") referee Tim Donaghy.

Background

In July 2008, former NBA referee Tim Donaghy was sentenced to 15 months in prison for his participation in a gambling scandal.

For further background, please read the ESPN article "Donaghy sentenced to 15 months in prison in gambling scandal." (attached)

[Available at: http://www.espn.com/nba/news/story?id=3509440]

Fee Waiver

Makuhari Media is a documentary production company whose previous films have explored corruption in professional sports.  These films have been distributed by ESPN, Epix, BBC Worldwide, and Netflix. Dr. Rodenberg is an academic who frequently publishes papers and articles about sports law for public consumption. Our collaboration is being undertaken to further Dr. Rodenberg's research and to educate the public about sports betting via a documentary film.

Under 5 U.S.C. § 552(a)(4)(A)(iii), I am entitled to a fee waiver because disclosure of the information sought is in the public interest, is likely to contribute significantly to public understanding of the operations or activities of the government, and is not primarily in the commercial interest of the requester.

Electronic Records

Please furnish all responsive records in electronic format.

Further Correspondence

All correspondence regarding this request can be directed to: andrew@makuharimedia.com and sportslawanalytics@gmail.com.

Please be aware that under 5 U.S.C. § 552(a)(6)(A), a FOIA request is considered constructively denied after twenty business days.

If you have any questions, do not hesitate to contact me.

Thank you for your prompt attention to this request.

Sincerely,


Andrew J. Muscato
Ryan Rodenberg

Tuesday, July 29, 2008

# Donaghy sentenced to 15 months in prison in gambling scandal

ESPN.com news services

NEW YORK -- Disgraced ex-NBA official Tim Donaghy admitted that he'd brought shame on his profession Tuesday as a federal judge sentenced him to 15 months behind bars for his participation in a gambling scandal that still has the league on the defensive.

U.S. District Judge Carol Amon sentenced Donaghy to prison time, plus three years of supervised release, saying he'd let the sport down by taking thousands of dollars from a professional gambler in exchange for inside tips on games -- including ones he refereed.

"The NBA, the players and the fans relied on him to perform his job in an honest manner," Amon said. Donaghy listened with his arms folded but showed no emotion.

He told the judge that "I've brought shame on myself, my family and the profession."

Defense attorney John Lauro asked Amon to give his 41-year-old client probation, saying the ex-official was a gambling addict who destroyed "the career he loved" and needed treatment, not incarceration.

"Every news account begins with the words 'disgraced referee,'" Lauro said. "He will live with that the rest of his life."

Donaghy also had sought to make amends by revealing "the good, the bad and the ugly" about the league's officiating, the attorney added.

During the NBA Finals, Donaghy said in a court filing that the league routinely encouraged refs to ring up bogus fouls to manipulate results, while discouraging them from calling technical fouls on star players.

In the end, Amon refused Donaghy's plea to stay out of prison, though she imposed a penalty that was not as tough as the 33 months he could have received. Donaghy actually received two 15-month prison sentences, one for each count he pleaded guilty to in August, but Amon ruled they will be served concurrently. Donaghy must surrender on Sept. 23.

Amon said she would honor Donaghy's request and recommend that he serve his sentence at a federal prison camp in Pensacola, Fla., to be closer to his four daughters in Bradenton. However, the bureau of prisons has the final say on where he will go.

Case closed for him. For the NBA, the damage lingers.

Commissioner David Stern has made several moves to quell doubts about the integrity of the NBA's officiating, with more developments to come.

Former Army Gen. Ron Johnson has been hired as senior vice president of referee operations, Bernie Fryer and Joe Borgia were promoted to new management positions and the league reassigned Ronnie Nunn, who had been the director of officials for five years.


Tim Donaghy apologized in court, saying he "brought shame on myself and my family."

Still pending is a league-commissioned review of officiating by former federal prosecutor Lawrence Pedowitz. "I am conducting additional interviews and hope to obtain additional information from the government. My review is well-advanced but not complete," Pedowitz said Tuesday in a statement. No date has been set for the report's release.